# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISHA PRASHAR,<br><br>    Plaintiff,<br><br>  v.<br><br>KIKA SCOTT, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00554-SAB<br><br>ORDER GRANTING STIPULATION FOR TEMPORARY STAY<br><br>ORDER VACATING SEPTEMBER 4, 2025 SCHEDULING CONFERENCE<br><br>(ECF No. 5)<br><br>**DEADLINE: December 5, 2025** |

    Plaintiff filed this action on May 9, 2025, alleging U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application. (ECF No. 1.) An initial scheduling conference is currently scheduled for September 4, 2025. (ECF No. 3.)

    On May 22, 2025, the parties filed a stipulation for temporary stay of this action. (ECF No. 5.) The parties proffer that USCIS has scheduled Plaintiff's asylum interview for August 17, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview. The parties therefore stipulate that this matter be stayed through December 19, 2025. The Court finds good cause to grant the request.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated request for a temporary stay (ECF No. 5) is GRANTED;
2. This action is STAYED until December 19, 2025;
3. The scheduling conference set for September 4, 2025, is VACATED, subject to resetting upon notice to the Court; and
4. If the matter is not resolved, the parties SHALL file a joint status report **on or before December 5, 2025**, specifically addressing the need to reset the scheduling conference in this matter.

IT IS SO ORDERED.

Dated:    **May 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2